

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00789-CV

**IN THE INTEREST OF C.D.M., AND C.M.M., CHILDREN**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13803
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Ms. Mary Scopas, one of the court reporters responsible for preparing a portion of the reporter's record in this appeal, has filed a notification of late record stating the record has not been filed because appellant's attorney has not paid the fee for preparing the record. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that Ms. Scopas's fee for preparing the record has been paid in full. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of the appellate record is complete, and the court will consider only those issues or points raised in appellant's brief that do not require this portion of the reporter's record for a decision. See Tex. R. App. P. 37.3(c).

Ms. Kayleen Rivera, another court reporter responsible for preparing a portion of the reporter's record in this appeal, has filed a notification of late record requesting an extension of time to file her portion of the reporter's record. The request is GRANTED. Ms. Rivera's portion of the reporter's record must be filed no later than December 20, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court